UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BRUCE L. AMICO,   ) No. SACV 12-00484-DDP (AGR)
        Petitioner,   )
        v.   ) JUDGMENT
ROBERT H. TRIMBLE, Warden,   )
        Respondent.   )

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: August 10, 2012

_____
DEAN D. PREGERSON
United States District Judge