UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRUCE L. AMICO, | ) | No. SACV 12-00484-DDP (AGR) |
|            Petitioner, | ) ) | JUDGMENT |
|    v. | ) ) | |
| ROBERT H. TRIMBLE, Warden, | ) ) | |
|            Respondent. | ) ) | |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: August 10, 2012

_____
DEAN D. PREGERSON
United States District Judge